1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

12  STEPHEN R. KERN,                     )
         #66648                         )
13                                      )
              Plaintiff,                )        2:13-cv-00855-MMD-NJK
14                                      )
     vs.                                )
15                                      )        **ORDER**
     CLARK COUNTY SHERIFF, *et al.*,    )
16                                      )
              Defendants.               )
17  _____/

18          Plaintiff has submitted a *pro se* civil rights complaint.  Plaintiff has failed to submit an

19  application to proceed *in forma pauperis* on the required form.  *See* 28 U.S.C. § 1915(a)(1)-(2); Local

20  Rules of Special Proceedings 1-1, 1-2.  Plaintiff will be granted thirty (30) days in which to submit a

21  completed and signed application to proceed *in forma pauperis* on the form provided by this court.  The

22  application must be accompanied by all required financial documentation, as described in the

23  instructions for use of the form.

24          **IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** plaintiff the approved

25  form for an Application to Proceed *In Forma Pauperis* by a prisoner, as well as the document

26  "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*."  Within **thirty (30)**

1  days from the date of entry of this order, plaintiff **SHALL FILE** a completed and signed application to

2  proceed *in forma pauperis* on the form provided by this court.

3          **IT IS FURTHER ORDERED** that plaintiff is expressly cautioned that if he does not

4  timely file an application to proceed *in forma pauperis* in compliance with this order, this case may be

5  immediately dismissed.

6          DATED this  24th  day of _____June_____, 2013.

7

8                                UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26