## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN R. KERN, | ) |
| Plaintiff, | ) 2:13-cv-00855-MMD-NJK |
| vs. | ) **ORDER** |
| CLARK COUNTY SHERIFF, *et al.*, | ) |
| Defendants. | ) |

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner. By order filed June 24, 2013, this Court directed plaintiff to file an amended application to proceed *in forma pauperis* containing all required financial documentation. (ECF No. 3). Plaintiff has filed a motion for a thirty-day extension of time in which to file an amended application to proceed *in forma pauperis*. (ECF No. 4). Having reviewed the motion and good cause appearing, plaintiff's motion is granted.

**IT IS THEREFORE ORDERED** that plaintiff's motion for an extension of time in which to file an amended application to proceed *in forma pauperis* (ECF No. 4) is **GRANTED.** The amended application to proceed *in forma pauperis* shall be filed within **thirty (30) days** from the date of issuance of this order.

Dated this 22nd day of July, 2013.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE