1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

10

11
STEPHEN R. KERN,                            )            2:13-cv-00855-MMD-NJK
                                            )
              Plaintiffs,                   )

12                                          )          **ORDER**
                                            )
        vs.                                 )

13                                          )
CLARK COUNTY SHERIFF, *et al.*,             )

14                                          )
              Defendants.                   )

15 _____ )

16

17         This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  On July 25, 2013,

18 plaintiff filed a motion for copies (ECF #6).  In his motion, plaintiff explains that his legal work was sent

19 with him when he was transported from High Desert State Prison to Clark County Detention Center for

20 a court appearance; however, when he was returned to High Desert State Prison, Clark County Detention

21 Center personnel lost his legal materials related to this case.  Plaintiff asks the court to send him a copy

22 of the complaint he submitted in this action.  Good cause appearing, plaintiff's motion is granted.  The

23 Clerk shall send to plaintiff one copy of the complaint in this case, which may be found at ECF #1, at

24 his address of record.

25 . . . .

26 . . . .

1   **IT IS THEREFORE ORDERED** that plaintiff's motion for copies (ECF #6) is

2   **GRANTED**.

3   **IT IS FURTHER ORDERED** that Clerk shall send to plaintiff at his address of record

4   one copy of the complaint at ECF #1.

5

6   DATED this 26th day of July, 2013.

7

8   _____
    NANCY J. KOPPE

9   UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26