UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| STEPHEN R. KERN, | Case No. 2:13-cv-00855-RFB-NJK |
| PLANTIFF, | |
| v. | **ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
| CLARK COUNTY SHERIFF, *et al*, | |
| DEFENDANT'S. | |

Counsel for plaintiff has failed to show good cause why this action should not be dismissed without prejudice for failure to timely serve **Defendants Rodgers, Peggy Martinez and Las Vegas Metropolitan Police Department** according to the requirements of Rule 4(m) of the Federal Rules of Civil Procedure. Therefore,

**IT IS ORDERED** that this action is **DISMISSED** without prejudice as to **Defendants Rodgers, Peggy Martinez and Las Vegas Metropolitan Police Department.**

DATED this 2nd day of March, 2017.

_____

**RICHARD F. BOULWARE, II**
**United States District Judge**